IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-cv-01748 <br><br> This document relates to: <br> Glennon L. Bourbon, Stephen Jameson, Robert Maine, Willie Wilson, Robert Christopher <br><br> Case Nos. 1:16-cv-00425 |

**STIPULATION & ORDER OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs listed on Exhibit A ("Exhibit A Plaintiffs") and Defendants AbbVie, Inc., Abbott Laboratories, and McKesson Corporation, through their undersigned counsel, that their above-captioned actions are voluntarily dismissed, without prejudice, and without costs or fees to any party, and with the agreement that if the cases are re-filed, they will be filed directly into the MDL.

Dated: March 16, 2016

Respectfully submitted,

/s/ Catherine Heacox
Catherine Heacox
Catherine.Heacox@LanierLawFirm.com
The Lanier Law Firm, PLLC
126 East 56th Street, 6th Floor
New York, NY 10022

*Attorney for Plaintiffs*

*[signature]*

Christopher R. Boisvert
DECHERT, LLP
2929 Arch Street
Philadelphia, PA 19104-2808

*Attorney for Defendants AbbVie, Inc. and Abbott Laboratories, Inc.,*

Christopher Ruhland
DECHERT, LLP
US Bank Tower
633 West 5th Street 37th Floor
Los Angeles, CA 90071-2013
213-808-5700
213-808-5760 (fax)
Christopher.ruhland@dechert.com

Michelle Rutherford
DECHERT, LLP
633 West 5th Street 37th Floor
Los Angeles, CA 90071-2013
213-808-5700
213-808-5760 (fax)
Michelle.Rutherford@dechert.com

*Attorneys for Defendant McKesson Corporation*

## **EXHIBIT A**

1. Bourbon, Glennon L.
2. Jameson, Stephen
3. Maine, Robert
4. Wilson, Willie
5. Christopher, Robert